IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEL'RON GLENN,<br><br>Plaintiff,<br><br>v.<br><br>JERMAINE WHITE, Regional Director; ANDREW MCFARLANE, Warden; RICKY WILCOX, Deputy Warden Security; and JIMMY KELLOM, Unit Manager,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 324-058 |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Defendants' Motion for Summary Judgment (doc. no. 34), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendants, and **CLOSES** this civil action.

SO ORDERED this 21st day of August, 2026, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE